Heywood BECKER, Trustee
of Hanoverian Trust and
Hanoverian Trust,

v.

ZONING HEARING BOARD OF
STRABAN TOWNSHIP

No. 698 MAL 2016

Supreme Court of Pennsylvania.

March 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

IN RE: S.L.

Petition of: D.L., Birth Father

No. 37 WAL 2017

Supreme Court of Pennsylvania.

March 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

GLOBAL TEL*LINK CORPORATION,
Respondent

v.

Paul WRIGHT and Prison Legal
News, Petitioners

No. 472 EAL 2016

Supreme Court of Pennsylvania.

March 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**